UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00281-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **D'ANGELO TERRELL GREGORY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#4) is **GRANTED**, and the Bill of Indictment in this case is **DISMISSED** without prejudice as to defendant D'Angelo Terrell Gregory.

Signed: February 21, 2018

Max O. Cogburn Jr
United States District Judge

1